## JULIAN GOLDMAN STORES, INCORPORATED, *v.* LAVEN.

[No. 12,597. Filed March 11, 1927. Rehearing denied May 24, 1927. Transfer denied July 18, 1928.]

*Jacob Morgan, Herbert E. Wilson* and *Fred W. Steiger,* for appellant.
*Louis Rosenburg* and *Salem D. Clark,* for appellee.

PER CURIAM.—Judgment affirmed.
Dausman, J., absent.

## GRANITE IMPROVEMENT COMPANY *v.* RICHARDS ET AL.

[No. 12,850. Filed May 20, 1927. Rehearing denied October 14, 1927. Transfer denied July 18, 1928.]

*Webster V. Moffett* and *Pickens, Davidson, Gause & Pickens,* for appellant.
*Martin L. Pigg* and *John A. Riddle,* for appellees.

NICHOLS, J.—This action involves the same questions as are presented in the appeal of the case of *Granite Improvement Co.* v. *O'Haver* (1927), *ante* 655, 156 N. E. 586. In that case the action being for material furnished in the operation of the mine, while, in this case, the action is by appellees for labor furnished in the operation of the same mine and at the same time that the material was furnished. On the authority of that case, the judgment in this case is reversed.
Dausman. J., absent.